UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

             -against-

Stephen Gaza

                                  Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-     (  ) (  )

Defendant _____Stephen Gaza_____ hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or __X_ teleconferencing:

_X__  Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__  Bail/Detention Hearing

___   Conference Before a Judicial Officer


_Jennifer Willis_____ signed on his behalf by his attorney
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Jennifer Willis_____
Defendant's Counsel's Signature

**_Stephen Gaza_____**
Print Defendant's Name

**___Jennifer Willis_____**
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 March 4, 2021         
_____          _____
Date                                          U.S. District Judge/U.S. Magistrate Judge